IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEONARD CERNIK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3133 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the defendant's motion for enlargement of time (filing 14) to file defendant's brief in reply to plaintiff's opposing brief - motion to dismiss under Rule 12(B)(6) is granted. Said brief is due on or before September 21, 2010.

   DATED this 14th day of September, 2010.

                                BY THE COURT:

                                *Richard G. Kopf*
                                United States District Judge